FILED
2012 OCT 25 PM 3: 33
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ABB TECHNOLOGY LTD. and ABB INC.<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI HEAVY INDUSTRIES CO. LTD.<br><br>Defendant. | Case No. 6:12-cv-1610-Orl-<br><br>**Complaint for Patent Infringement**<br>**Demand for Jury Trial**<br>**Injunctive Relief Sought** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs ABB Technology Ltd. and ABB Inc. (collectively, "ABB"), for their Complaint against Hyundai Heavy Industries Co. Ltd. (referred to as "Hyundai Heavy Industries Co. Ltd., Inc." in its filings in this state) ("Hyundai"), hereby allege as follows:

### NATURE OF THE ACTION

1. This is a civil action for patent infringement under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*, and for such other relief as the Court deems just and proper.

### PARTIES

2. ABB Technology Ltd. is a corporation duly organized and existing under the laws of Switzerland, having its principal place of business at Affolternstrasse 44, CH-8050 Zurich, Switzerland. ABB Technology Ltd. is involved in the development of power and automation technology.

3. ABB Inc. is a corporation duly organized and existing under the laws of Delaware, having its principal place of business at 12040 Regency Parkway, Cary, North

...
...

Carolina. ABB Inc. also maintains an office at 655 Century Point, Lake Mary, Florida. ABB Inc. is involved in the sale of power and automation technology.

4. Hyundai is a corporation duly organized and existing under the laws of South Korea and having its principal place of business at #1, Jeonha-dong, Dong-gu, Ulsan 682-792, South Korea. As alleged herein, Hyundai is engaged in various acts in and directed at the Middle District of Florida. Hyundai is engaged in the design, research, development, manufacture, sale, and/or offer for sale within the United States and/or importation into the United States of high-voltage, gas-insulated switchgear products.

## THE PATENT-IN-SUIT

5. U.S. Patent No. 5,625,179 ("the '179 patent" or "patent-in-suit") entitled "Isolator for a Metal-Encapsulated, Gas-Insulated, High-Voltage Switching Installation" issued on April 29, 1997 to Daniel Bleiker, Sven Forss, and Herbert Schifko. A copy of the '179 patent is attached hereto as Exhibit A.

6. Plaintiff ABB Technology Ltd. is the owner by assignment of the '179 patent. Plaintiff ABB Inc. is the exclusive licensee of the '179 patent and has the full right to enforce and/or sublicense the '179 patent.

7. The '179 patent is valid and enforceable.

8. Hyundai makes, uses, sells, and/or offers for sale within the United States and/or imports into the United States products that infringe the '179 patent, including but not limited to the Hyundai Type 145 SP-1 Switchgear and the Hyundai Type 170 SR Switchgear (collectively, the "Hyundai Products").

## JURISDICTION AND VENUE

9. This is a civil action for patent infringement arising from Hyundai's manufacture, use, sale, and/or offers for sale within the United States, and/or importation

into the United States of high voltage, gas-insulated switchgear products that infringe the '179 patent.

10. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court has subject matter under 28 U.S.C. §§ 1331 and 1338(a).

11. This court has personal jurisdiction over Hyundai. Hyundai has engaged in substantial and not isolated activities in the State of Florida, including that Hyundai has conducted business activities in Florida since 1998. Hyundai has conducted business in the Middle District of Florida and engaged in various acts directed at this District. Specifically, Hyundai, directly and/or through third parties, has made, used, sold, and/or offered for sale within the Middle District of Florida and/or imported into the United States power products.

12. Venue properly lies in this District under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT ONE - INFRINGEMENT OF '179 PATENT

13. ABB repeats and re-alleges the allegations set forth above in paragraphs 1-12 as if fully set forth herein.

14. The United States Patent and Trademark Office duly and legally issued the '179 patent on April 29, 1997.

15. Hyundai has directly and indirectly infringed and continues to infringe the '179 patent, either literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale within the United States and/or importing into the United States products, including but not limited to the Hyundai Products.

16. Hyundai has had knowledge of the '179 patent since at least January 18, 2010, when ABB sent an email to Hyundai informing it of ABB's exclusive rights under the '179 patent and Hyundai's infringement of the '179 patent.

17.     Hyundai has induced infringement of the '179 patent by making, using, selling, and/or offering for sale within the United States and/or importing into the United States products, including without limitation, the Hyundai Products. In addition to Hyundai's direct infringement of the '179 patent, Hyundai's customers have infringed and are infringing the '179 patent through their use of the Hyundai Products. For example, Hyundai customer Puget Sound Energy (PSE) employs the Hyundai Products in the Seattle area. Hyundai has induced other customers to use the Hyundai Products in a similar manner, including without limitation, utility companies and other entities. Hyundai knowingly induced infringement of the '179 patent with specific intent to do so by its activities relating to the marketing, distribution, and/or sale of the Hyundai Products.

18.     Hyundai's infringement is causing damage and irreparable injury to ABB, and ABB will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

19.     ABB is entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

20.     Hyundai has acted with knowledge of the '179 patent and without a reasonable basis for a good faith belief that it would not be liable for infringement of the '179 patent. Subsequent to being informed of the '179 Patent, Hyundai has continued to make, use, sell, and/or offer for sale within the United States and/or import into the United States products that infringe the '179 patent, including the Hyundai Products. Thus, Hyundai's infringement of the '179 patent has been and continues to be willful, entitling ABB to enhanced damages under 35 U.S.C. § 284.

21.     Hyundai's infringement of the '179 patent is exceptional and entitles ABB to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, ABB prays for judgment as follows:

(i) That Hyundai has directly and indirectly infringed the '179 patent;

(ii) That, in accordance with 35 U.S.C. § 283, Hyundai, and all affiliates, employees, agents, officers, directors, attorneys, successors, and assigns, and all those acting on behalf of or in active concert or participation with any of them, be permanently enjoined from infringing the '179 patent;

(iii) For an award of damages sufficient to compensate ABB for Hyundai's infringement of the '179 patent;

(iv) For an award of prejudgment and post-judgment interest;

(v) That Hyundai's infringement of the '179 patent has been willful;

(vi) For an award of increased damages in an amount not less than three times the damages assessed, in accordance with 35 U.S.C. § 284;

(vii) For a declaration that this case is "exceptional" under 35 U.S.C. § 285, and an award to ABB of its reasonable attorneys' fees, expenses, and costs incurred in this action; and

(viii) For such other and further relief as this Court shall deem appropriate.

## DEMAND FOR JURY TRIAL

ABB demands a jury trial on all issues triable to a jury in this action.

Dated: October 25, 2012

Respectfully submitted,

_____
Todd Pittenger
Florida Bar No. 0768936
Akerman Senterfitt
420 S Orange Ave - Ste 1200
PO Box 231
Orlando, FL 32802-0231
Telephone: (407) 419-8420
Fax: (407) 254-4273
Email: todd.pittenger@akerman.com

<u>Of Counsel</u>
Steven Cherny - Trial Counsel
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
Email: steven.cherny@kirkland.com

Adam R. Alper
Amy R. Lemyre
Jared D. Edgar
Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California, 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500
Email: adam.alper@kirkland.com
Email: amy.lemyre@kirkland.com
Email: jared.edgar@kirkland.com
Email: brandon.brown@kirkland.com

*Attorneys for Plaintiffs ABB Technology Ltd. and ABB Inc.*