**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ABB TECHNOLOGY LTD. and ABB INC.,<br><br>     Plaintiffs,<br><br>vs.<br><br>HYUNDAI HEAVY INDUSTRIES, CO., LTD., INC.<br><br>     Defendant.<br>_____/ | Case No. 6:12-cv-1610-Orl-19GJK<br><br>**Complaint for Patent Infringement**<br>**Demand for Jury Trial**<br>**Injunctive Relief Sought** |

**PLAINTIFFS, ABB TECHNOLOGY LTD., AND ABB INC.'S**
**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  XX  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each unserved party no later than fourteen (14) days after appearance of the party.


Dated: November 6, 2012                    Respectfully submitted,

                                           /s/ Thomas Todd Pittenger

                                           _____
                                           T. Todd Pittenger, Esq.
                                           Florida Bar No.: 0768936

{25073001;1}

Joshua A. Mize, Esq.
Florida Bar No.: 0086163
Akerman Senterfitt
420 S Orange Avenue, Suite 1200 (32801)
P.O. Box 231
Orlando, FL 32802-0231
Telephone: (407) 419-8420
Fax: (407) 254-4273
Email: todd.pittenger@akerman.com
Email: joshua.mize@akerman.com


Steve Cherny - Trial Counsel
*Pro Hac Vice* Admission Pending
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
Email: steve.cherny@kirkland.com

Adam R. Alper
Amy R. Lemyre
Jared D. Edgar
Brandon Brown
*Pro Hac Vice* Admission Pending
KIRKLAND & ELLIS
555 California Street
San Francisco, California, 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500
Email: adam.alper@kirkland.com
Email: amy.lemyre@kirkland.com
Email: jared.edgar@kirkland.com
Email: brandon.brown@kirkland.com

*Attorneys for Plaintiffs ABB Technology Ltd. and ABB Inc.*