# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ABB TECHNOLOGY LTD, et al,**

    Plaintiff,

v.                                **Case No. 6:12-cv-1610-Orl-37TBS**

**HYUNDAI HEAVY INDUSTRIER CO, LTD.,**

    Defendant.

## ORDER

This case is before the Court *sua sponte*. On January 25, 2013, this Court entered an Order (Doc. 40) directing the Plaintiff to show cause as to why this case should not be dismissed for failure to file a Case Management Report. On January 25, 2013, Plaintiff filed a Response to the Order to Show Cause (Doc 41) stating that the deadline for conducting the case management conference was extended to January 14, 2013 thereby making the case management report due January 28, 2013.

The Court notes that the deadline for conducting the case management conference was extended but the order made no mention of the deadline for filing the Case Management Report. Therefore, the Report was due January 20, 2013. However, based on the fact that submission of the case management report 14 days following the conference was requested in the application for extension the misinterpretation by the Plaintiff is understandable. The Court hereby

**ORDERS** that the Court's Order to Show Cause (40) is hereby discharged. The Case Management Report is due January 28, 2013.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of January, 2013.

_____
ROY B. DALTON, JR.
United States District Judge

Copies:  Counsel of Record