IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case no.:  6:12-cv-1610-Orl-37TBS

ABB TECHNOLOGY, LTD., et al.,     )     Orlando, Florida
                                  )     July 8, 2013
              Plaintiffs,         )     1:30 p.m.
                                  )
                  v.              )
                                  )
HYUNDAI HEAVY INDUSTRIES          )
COMPANY, LTD.,                    )
                                  )
              Defendant.          )
_____ )


Transcript of non-adversarial tutorial

before the Honorable Roy B. Dalton, Jr.

United States District Court Judge


Appearances:

Counsel for Plaintiff:  Adam R. Alper
                        Brandon H. Brown
                        Steven C. Cherny
                        T. Todd Pittenger


Counsel for Defendant:   William J. McCabe
                         Lara J. Tibbals
                         Hanyong Lee


Court Reporter:         Diane C. Peede, RMR, CRR
                        United States Courthouse
                        401 West Central Blvd., #4600
                        Orlando, Florida  32801
                        (407) 615-0305

Proceedings recorded by mechanical stenography, transcript
produced by computer.

PROCEEDINGS

1

2          THE COURT:  Good afternoon.  We're here in

3  connection with ABB Technology, Limited, and ABB, Inc.,

4  versus Hyundai Heavy Industries Company, Limited.  The case

5  number is 6:12-civil-1610.

6          Counsel, if I could get your appearances for the

7  record, please.

8          MR. PITTENGER:  Your Honor, Todd Pittenger with

9  Akerman, Senterfitt on behalf of ABB Technology.  To my left

10  is lead counsel, Steve Cherny, with Kirkland and Ellis.  To

11  my right is Adam Alper with Kirkland and Ellis and Brandon

12  Brown with Kirkland and Ellis.

13          THE COURT:  All right.  Welcome.  Thank you, Mr.

14  Pittenger.

15          MS. TIBBALS:  Good afternoon, Your Honor.  I'm Lara

16  Tibbals with Hill, Ward, Henderson on behalf of Defendant

17  Hyundai Heavy Industries.  I would like to introduce trial

18  counsel for defendant.  Bill McCabe with Ropes and Gray.

19          MR. McCABE:  Good afternoon, Your Honor.

20          MS. TIBBALS:  Hanyong Lee with Ropes and Gray; and

21  Jung-Hyun Uhm, who is going to be assisting with our

22  PowerPoint presentation.

23          THE COURT:  All right.  Good afternoon to all of

24  you.  Thank you for being here.

25          Let me take a minute here and get organized.

1          All right.  We're here for you all to take

2    advantage of the opportunity to educate me with respect to

3    the patents in suit and tell me a little bit about the

4    patents, a little bit about the technology that is involved

5    and hopefully give me a little bit of insight into what some

6    of the infringement claims are; and I would like to at some

7    point talk about at least what you think the universe of

8    claims construction might look like at some point as we

9    proceed through the tutorial.

10          Why don't we turn first to the plaintiff.  I don't

11   know who's going to present on behalf of the plaintiff.  I

12   have your packages up here.  Obviously, hopefully you all are

13   familiar enough with the devices there at your table to

14   operate them; but if not, Ms. Flick may be able to give you

15   some direction.  I probably will not be much help, but she

16   may be.

17          MR. ALPER:  Thank you, Your Honor.  Adam Alper

18   again for ABB, and I'll be making our presentation this

19   afternoon.

20          THE COURT:  All right.

21          MR. ALPER:  We're here today to talk -- and you

22   said you did have a binder with the slides?

23          THE COURT:  I do.  I also have a screen here so

24   that I can see everything that you have on the display.

25          MR. ALPER:  Great.  We're here today, Your Honor,

1    to talk about high-voltage, gas-insulated switchgear.  That's

2    the general subject matter of the patent.

3          In my presentation, what I'm going to do is talk

4    about what gas-insulated switchgear is and we'll show some

5    pictures of switchgear and we'll kind of do a little bit of a

6    walk around the switchgear and ultimately call out some of

7    the components and then focus on a particular component

8    that's the subject of the '179 patent that's in suit between

9    the parties.

10         THE COURT:  Okay.  I don't want to preempt your

11   delivery at all, but I'd be interested to know whether these

12   parties have got prior litigation experience, whether or not

13   these patents have been involved in any other litigation

14   around the country and, if so, tell me a little bit about the

15   history of the patents and the litigation history

16   particularly.

17         MR. ALPER:  Sure.  It's my understanding, and I'll

18   let Mr. McCabe correct me if I'm wrong about this, that there

19   is no prior litigation on this patent, the '179 patent, and

20   that there is no prior litigation in the U.S. on at least

21   patents and related subject matter.  I'm not aware of any

22   prior litigation in the U.S.  There may be on other subject

23   matter that I'm not aware of.

24         There is a pending case in Canada on a different

25   patent, obviously a foreign patent, that's ongoing between

1    the parties.

2              THE COURT:  Okay.  Thank you.

3              MR. ALPER:  So in the course of this, we'll take a

4    look at some figures.  We'll do a couple of brief animations

5    to try to show how these pieces work together, and ultimately

6    draw a circle around the invention of the patent so that we

7    are equipped to go into claims construction when that comes.

8              Before we do that, let me introduce ABB.  Who is

9    ABB?  ABB is a large industrial equipment maker.  They make a

10   lot of different types of products.  They make motor

11   equipment, electronics, robotics; but one of their largest

12   divisions is in the industrial power equipment area, which

13   relates to the patent in suit.  One of the key products in

14   that division is high-voltage, gas-insulated switchgear, and

15   ABB has been in that line of business for decades.

16             So, with that, when we turn to slide two and what

17   we've shown here on the right side of the slide is a picture

18   of a gas-insulated switchgear, and we're going to talk about

19   this in a bit of detail in a moment, but this is side view.

20   You're looking at the outside.  It's a big metal piece of

21   equipment.

22             ABB began manufacturing these in the '60s.  So

23   quite some time ago, and the take-away, the point that I want

24   to make on this slide is ABB has been in the business of

25   researching and developing gas-insulated switchgear for quite

1    a while and has devoted substantial resources to that effect.

2    So they've got thousands of engineers who work on developing

3    the technologies for this switchgear product, research

4    centers all around the world, including two in the U.S.

5            They not only research these technologies, which

6    obviously produce a number of patents, including the patent

7    in suit, but they also make the products.  So, for instance,

8    there's a manufacturing facility in Lake Mary, which is

9    obviously close to here, that produces the switchgear

10   products; and after the '179 patent was filed in 1995, the

11   invention of the '179 patent was put into the switchgear

12   products back then and is in the products that they sell

13   today.

14           THE COURT:  What are some of the natural

15   embodiments of this device?  How are they commonly used in

16   industry?

17           MR. ALPER:  That's in fact exactly what I was going

18   to get to next.  Why don't we go to the next slide and we'll

19   jump right into that question.

20           So this is -- look at the pictures on the right.

21   These are large industrial pieces of equipment and what they

22   do in general, they serve two purposes.  One, to switch power

23   on and off from a source to a destination; and, in general,

24   the source is a power plant and, in general, the destination

25   is like a city power grid.

1    **The second main purpose is to do that switching**

2    **safely.  We're going to talk a little bit about that once we**

3    **get into the details of how these things work.**

4    **For now, let's flip to the next slide.  This is**

5    **slide four.  What we've done is given you sort of a graphic**

6    **of a bird's eye map that shows you where the switchgear fit**

7    **in in the scheme of power systems.  So you've got the power**

8    **plant on the left on this graphic and then you've got a city**

9    **on the right, and you can imagine that the city has a power**

10   **grid.**

11   **What you can see is that there are a couple of**

12   **connections going from the power plant on the top to one**

13   **aspect of the grid and then connections going to another**

14   **aspect of the power grid on the bottom.**

15   **As we all know, at times there will be workers in**

16   **the city who need to work around power lines or they need to**

17   **work on the power lines, and you need a way to turn off the**

18   **power to those aspects of the grid safely so no one gets**

19   **electrocuted or hurt; and because there's so much current**

20   **going through these things, there aren't any explosions along**

21   **the way, which can happen.  I mean, there are big explosions**

22   **when things go wrong.**

23   **So what you have are these substations that are in**

24   **the pathway from the power plant to the city grid and that's**

25   **where the gas-insulated switchgear is located.**

1           So you put these switches in there that are these

2      big industrial switches that can stop the flow of electricity

3      from the power plant to the city, and there's a bunch of

4      technology in there that allows you to do it safely.  So

5      that's at the high level, the magic behind switchgear

6      products.

7           Now, what I want to do next is kind of start

8      zeroing in on the switchgear itself; and if we could go to

9      the next slide, what we have here is a side view, a

10     graphic -- a high-level graphic of a side view of the

11     switchgear, and this is looking from the outside.  In a

12     minute, we're going to get into the internals.

13          I thought what we could do is -- again, from the

14     left, we're coming in from the power plant and there will be

15     wires that hook up with the left side of this thing on the

16     power plant side; and then on the right, there will be wires

17     that go out to the city.  And what I thought we could do is

18     just do a quick walk-around of the device and ultimately zero

19     in on the component or the part that's at issue in the '179

20     patent.

21          So the first thing you have on the left are bus

22     bars and those are electrical conduits that bring the power

23     into the switchgear.  We also have depicted bus bar

24     isolators.  I want to leave that for now and come back to it

25     in a minute.

1      The next thing along the path is a circuit breaker;

2  and if you were to look inside, you would see kind of a long

3  vertical pole in there, and the circuit breaker performs the

4  same function it does in your house.  It's the main switch

5  that will disconnect the power from the power plant to the

6  city.

7      You then have a transformer and you need a

8  transformer to downgrade the current.  As it comes in from

9  the power plant, it's really hot.  You need to bring it down

10  to a more usable level, and that's what that industrial

11  transformer is going to do.

12      Ultimately you get to the line isolator.  The focal

13  point of this patent is going to be on these isolator

14  switches.  We've depicted two in this picture here, the line

15  isolator and the bus bar isolator.  Both are the subject of

16  the '179 patent; and what they do is they isolate parts --

17  they're called "isolators" because they isolate parts of the

18  switchgear so that people can get in and do maintenance on

19  the switchgear safely.

20      So, if you look at the diagram, you can see we have

21  one isolator on the left, we have one isolator on the right,

22  and these are switches, and when you disconnect them -- we'll

23  look at the internals of how they work in a moment because

24  that's the real specifics of the patent; but when you

25  disconnect them, you can ensure that power is not going to be

1    coming in from the power plant on the right and you can make

2    sure that power isn't going to back its way up -- sort of

3    like in plumbing, sometimes the water comes back up, the

4    electrical current will back its way up from the city grid --

5    and that way you can get in there and you can work on the

6    circuit breaker and you can work on the transformer and so

7    forth, and that's what these isolators are primarily there to

8    do.

9            They can also disconnect power going from left to

10   right out to the city because they're switches and they will

11   safely disconnect the power there for that purpose as well,

12   but you've also got the circuit breaker for that function.

13           All right.  Well, let's take a closer look at one

14   of these isolators and what we're going to do on the next

15   slide is we're going to blow up an inside view of the line

16   isolator to start getting a feel for the components that are

17   within these switches, and the first thing we'll take a look

18   at are these things that we've colored in in red and those

19   are contact supports and those are active parts.

20           This is a term that you'll see in the specification

21   of the patent.  It talks about active parts.  That means

22   parts that electricity flows through.

23           Then in between the contact supports, you'll see

24   we've highlighted in yellow something called an isolating

25   gap, and that's just a space between the contacts that's open

1  when the switch is disconnected and it'll be closed when the

2  switch is connected and power can flow through.

3         The third thing that we've highlighted on this

4  picture is the moving contact on the left in blue; and what's

5  going to happen in operation -- we're going to animate this

6  in a second so you can see how it works; but what's going to

7  happen in operation is that the moving contact, which is also

8  an active part, is going to slide over to the right to that

9  thing that looks like a "C" -- that's a mating contact -- and

10  it's going to allow electrical current to flow through the

11  contact supports which support that moving contact and flow

12  over the moving contact, through the isolating gap and over

13  to the other side to allow power to flow through; and when

14  that moving contact retracts the position that it's currently

15  in, that's going to disconnect the switch.

16         When you disconnect the switch, if you look down

17  back at the larger picture of the switchgear, you're

18  disconnecting the switch so that power can't come back in

19  either from the power plant side or from the city side and

20  you can work on the device safely.

21         So let's go to the next slide.  Here, we have a

22  little bit of an animation.  The first thing we're going to

23  do is we're going to slide that moving contact over.  So

24  there's going to be a drive in there that's going to drive

25  that moving contact piece over to the right.  It now makes a

1    connection, and then what we're going to next see is we're

2    going to have electrical power come in through the bus bars,

3    up through the circuit breaker, through the transformer,

4    ultimately through that isolator switch and then out to the

5    city; and the little yellow dots are meant to illustrate

6    electrical current.

7           So that is how -- that's the basic operation of the

8    isolator switch.

9           Before we leave this graphic, there are a few other

10   items that it's worthwhile identifying because they are going

11   to be terms that are important to help put a circle around

12   what the invention is when we get to the patent a little bit

13   later; and before I identify those terms for Your Honor, I'll

14   mention that when it comes to building these devices, the

15   geometries, the configuration, the relative configuration

16   of the parts is very important because there's so much

17   current flowing through these devices that if they are not

18   set up in the right way and things aren't at the right

19   distances and in the right relative positions, that you could

20   have an explosion.  I'll actually illustrate that in a

21   moment.

22          What folks in this field and also the inventors of

23   this patent do in order to ensure that we have the right

24   geometries is they use geometric terms to tell you where the

25   things in the isolator are located, and there's two that I

1    want to introduce now that are going to be helpful when we

2    get to the patent later and one of them is something called a

3    longitudinal axis of the isolator and the other is called the

4    operating axis of the isolator.

5         So let's first talk about the longitudinal axis.

6         If we can, go to the next slide.

7         This is slide seven.  Oh, no.  I'm sorry.  This is

8    slide eight.  The longitudinal axis is an axis that -- you

9    can see it's drawn here in this isolator -- running through

10   the active parts; and here, it's going from left to right

11   through those active contact supports.

12        We're going to see that show up later in the

13   patent.  It's that simple.  That's what it does.  It runs

14   through those pieces.

15        The other term that we've thrown up here, because

16   we're going to see it in the specification and, again, it'll

17   be helpful to know it, is "axial extent."  When we talk about

18   in these devices the "axial extent," we're talking about the

19   length of the isolator switch in the longitudinal direction.

20   So that's why it's also in green.  So that's the longitudinal

21   axis.

22        Now let's talk about the operating axis.  If we can

23   go to the next slide, this is slide nine, the operating axis

24   is the axis that's in the direction of the moving parts, the

25   moving contacts.  So you remember that moving contact moved

1    from left to right to close the switch.  The operating axis

2    is in that direction.

3          So we've identified it here with a blue dotted

4    arrow, double-headed arrow, and labeled it "operating axis."

5    And one of the take-aways that you can see from this diagram

6    that's going to become important later when we start to

7    define the invention is that the longitudinal axis in this

8    isolator is the same as the operating axis.  They're in the

9    same direction, and we're going to see that's a problem that

10   the inventors identified with prior art isolators and it

11   becomes a key point of distinction with respect to the

12   invention.

13         All right.  Well, we're going to get to the patent

14   in a minute.  Before we do that, I want to talk about one

15   other thing.  We talked about safety being important with

16   respect to the switchgear a moment ago and that's because,

17   like I said, there's a tremendous amount of current going

18   through these things and there's a high risk of explosion;

19   and one of the concepts that comes into play when we talk

20   about safety in connection with switchgear is a concept

21   called "arcing," and arcing is -- you may sometimes, when you

22   pull a plug out of an outlet too quickly, there will be a

23   little bit of a spark attached to the plug when it comes out

24   of the outlet.  That's what arcing is.  It's just on a much

25   grander scale in connection with the switchgear.

1         So if we go to the next slide, we've illustrated

2    what arcing looks like in our graphic switchgear that we've

3    been working with.  What you will see is if we move that

4    moving piece back, the moving contact back, we've illustrated

5    electrical current that remains in the isolating gap, and

6    that causes two problems if you don't control that properly.

7    One problem is that there's still electricity flowing through

8    the device.

9         So if someone is out working on the grid and you

10   think the rest of the switch is stopping current from getting

11   out to the grid or if someone is working on a component

12   within the isolator and you think the switch is stopping

13   current from going back into the switchgear, if something

14   like this happens, someone is going to get shocked and you

15   could have someone become seriously injured.

16        The second problem with that is it can create an

17   explosion.  This is when explosions happen, when you have a

18   bunch of sparking; and the explosions, like I said before,

19   are very, very big.

20        So there's a couple of ways that designers of this

21   equipment control these safety concerns and one of them is to

22   fill the containers in these switchgears with gas.  That's

23   why they're called "gas-insulated."  You fill the container

24   with an inert gas.  Oftentimes it's a gas called sulfur

25   hexafluoride, but it's an inert gas; and we have this on the

1    animation.  We'll fill the container with gas.  That'll cause

2    the spark to go away.

3         That's not the entirety of what people do in order

4    to avoid these sparks.  The other thing that they do is you

5    have to -- like I said, it's the geometries that are involved

6    in how you arrange the pieces which is critically important

7    to avoid arcing and reduce the chance of arcing and increase

8    the safety of the device.

9         That's a really good transition into the patent,

10   because that's really what the inventors were concerned with.

11   They were concerned with how do we arrange these pieces

12   within the isolator in order to optimize this device, and

13   that's what we're going to talk about now.

14        So if we go to slide eleven, here's the patent.

15   The '179 patent.  It's called an isolator for a

16   metal-encapsulated, gas-insulated, high-voltage switching

17   installation, and it lists there inventors who were with ABB:

18   Daniel Bleiker, Sven Forss, and Herbert Schifko.

19        What Mr. Bleiker and his colleagues saw when they

20   were coming up with this patent in the '90s was a problem

21   with isolators that were -- or switchgear that were on the

22   market, in particular, the isolator switches within the

23   switchgear, and that was simply they were too big; and we

24   have a slide that sort of illustrates this kind of in a real

25   world sort of way.

1          If you'll look at the picture on the right, this is

2     an old town in Germany called Heidelberg; and as you can see

3     from the architecture, these are some very old historic

4     buildings that have been there for many, many years; but at a

5     certain point in time the power grid in the city needed to be

6     upgraded to modern standards.  So they had to put these

7     substations and switchgear into the town in order to allow

8     for a safe flow of power.

9          The problem that they would face, if not for making

10    the switchgear smaller, is that you couldn't really fit them

11    in any of the buildings or in any of the spaces between these

12    buildings.  I mean, these buildings have been there for a

13    really long time.  So you're faced with a choice of either

14    knocking down these old historic buildings to make way for a

15    modern power grid or, alternatively, figuring out a

16    switchgear that's small enough that you can fit them in the

17    building; and that's what ABB switchgear is able to do.

18         So we've kind of blown up a picture from this

19    little building that we've put a circle around; and as you

20    can see, they're able to fit the switchgear within a room in

21    that building as opposed to having to raise the entire

22    building and put in a big switchgear installation there.

23         So making these devices smaller in various ways is

24    a critically important feature of the devices, but not only

25    making them smaller, making them smaller in a safe way so

1   that you're not jamming all the pieces together so close that

2   there can be arcing and explosions.

3        So that's the problem that the inventors were

4   facing; and if we look at the patent itself, which I'm going

5   to get into now, we can actually see that they identify that

6   problem.  The way they do is with reference to a prior art

7   reference that they're going to show that has these problems,

8   and then they're going to distinguish their invention from

9   that.

10       So one --

11       THE COURT:  Let me ask you a question you're

12  probably going to get to, but in the prior iterations of

13  these types of devices, is the size driven by the need to

14  increase the distance so as to avoid the arcing problem?

15       MR. ALPER:  That is part of it, for sure; and

16  various other components have their own technologies, like

17  the circuit breaker has its own technologies and the

18  transformer, et cetera; but that is definitely part of it, is

19  that you --

20       THE COURT:  Perhaps you'll tell me, but I'm

21  assuming from your answer there are other reasons that the

22  size -- that the size is as large as it is required to be.

23       MR. ALPER:  Yes.  I think that there are various

24  technologies all around the device, but certainly the

25  isolator size is one important aspect of that.

1          THE COURT:   Okay.

2          MR. ALPER:   So let's take a look at the patent, and

3    we can get further into the details of these isolator

4    switches.

5          If we look at slide 13, up at the top, this is an

6    excerpt from the background of the invention of the '179

7    patent and it makes reference to a German patent application

8    that's actually another ABB application, and what we've done

9    on the bottom of this slide is pulled out a figure from that

10   German application.

11         What I want do is I want to familiarize Your Honor

12   with some of the details about this prior art picture, then

13   show how the problems that the inventors were finding with

14   that, and then we can get into the invention of the patent.

15         So if we just take a look at this switch, I want to

16   call out some of the parts so we can sort of see how it

17   relates to what we've been talking about.

18         The first thing that we should look at are these

19   things that are colored in in red.  Those are the contact

20   supports.  So we talked about those earlier.  Those are

21   holding the moving contacts.

22         What we have in yellow is the isolating gap; and to

23   orient Your Honor -- well, actually, let me introduce what's

24   in blue first and then I'll orient you on this picture.

25         What we have in blue are the moving contacts like

1    before, and what you can see is this diagram shows you two

2    states of the device.  On the top half, it shows the device

3    in a disconnected state with the moving contact over to the

4    left and open.

5         On the bottom half, it shows the device in a closed

6    state.  So it's connected and the moving contact has been

7    slid over to the right.  So that's what that's depicting.

8         Like I said a moment ago, this invention is in many

9    ways about the geometries of how these pieces fit together;

10   and what the inventors noticed about the prior art was that

11   when you look at where the longitudinal axis of the prior art

12   isolators are located and you look at the operating axis of

13   the prior art isolators, they're the same.  They're in the

14   same direction, and what they realized about that was it

15   caused the isolators to have a large axial extent or to be

16   longer, basically, and take up more space and actually need

17   more parts in order to do that.

18        If we look at the next slide, the specification in

19   the background is actually going to tell us that about this

20   very piece of prior art.

21        So at the top, I've now drawn in the longitudinal

22   axis, which is going through those active parts, and also the

23   operating axis, which is in the direction of the moving

24   contacts, which were in blue, going left to right, and you

25   can see that they are in the same direction.

1          What does the patent tell us about that?  It says

2     the isolator has a comparatively large axial extent.  That

3     means it's large in the longitudinal direction.  This is a

4     result of the fact that both the actual isolating gap of the

5     isolator and all the moving parts lie on one axis, which

6     coincides with the longitudinal axis of the current-carrying

7     active parts of the gas-insulated switching installation.

8     That, they say, leads to a not inconsiderable enlargement in

9     the axial direction.

10          So that's it.  They're saying the parts are all

11     lined up on the same axis and, as a result, the thing is

12     longer; and that's the problem that they want to try to solve

13     for.

14          How do they do that?  Well, they're going to make

15     the axial extent smaller and the way they're going to do that

16     is they're going to adjust the geometries of the device so as

17     to optimize the size and also safety concerns, in other

18     words, optimally reduce the chances for arcing.

19          The way they're going to do that is by arranging

20     the moving contact pieces at an angle with the longitudinal

21     axis; and the way they're going to describe that, so we all

22     know that all the parts are arranged in the right way, is by

23     defining two angles that we're going to talk about, a first

24     angle and a second angle.  And we'll get into that and we'll

25     illustrate some of the pictures in the patent to explain

1    exactly where those are.

2          Let's take a look at the next slide first and this

3    is from the summary of the invention, before we get to the

4    figures, and it tells us what I just said.  It says an object

5    of the invention is to provide a novel isolator whose

6    dimensions are comparatively small in the axial direction.

7    That has a smaller axial extent.

8          When it comes to describing how to do that, what

9    it's going to tell us is that in the invention, first, the

10   longitudinal axis, which I'm highlighting in green and will

11   continue doing that, and the operating axis, which we've been

12   highlighting in blue, form a first angle with one another;

13   and then there's an axis that will show through the surfaces

14   of the two contact supports.  That's the opposing surfaces of

15   the contact supports -- we'll see those in a minute -- and

16   those are bent through a second angle with respect to the

17   second longitudinal axis.

18         So you'll see we're going to start drawing in axes

19   into these figures and we'll form these angles, and then

20   we'll see that in the claims as well.

21         Let's go take a look at the figures at this point.

22   This is figure one from the patent.  This is a side view of

23   an exemplary gas-insulated switchgear in accordance with the

24   invention.  I didn't call all the pieces out here because

25   we're going to focus on the isolator, but you can see there

1    are bus bars in the lower left-hand corner.  There's that

2    vertical circuit breaker in the middle.  That's item six.

3              Item seven is the transformer that we talked about.

4              Then we get to the thing that we've highlighted in

5    yellow and that's the isolator switch; and the first thing

6    you can see, you can take away from it is there's a piece of

7    it that's going up at an angled orientation and that's part

8    of the invention.

9              So let's look inside that isolator and we see that

10   in figure three, and this is the internals of the isolator

11   switch, and what I want to do is walk through each of the

12   pieces; but you can already see from looking in there that

13   there's some things in there that are bent, right, and that's

14   different than the things that we were looking at in the

15   prior art.  So let's get into some detail on that.

16             So the first thing that I want to bring up are the

17   contact supports, which we are going to highlight in red.

18   Right.  And we saw those before.  Those are active parts.

19   That's -- electricity that flows through them.

20             At this point, the surfaces of those contact

21   supports are bent and they're facing each other in a

22   different orientation.  We're going to see how that works

23   once we animate this figure in a moment.

24             The next thing that we'll call up is the isolating

25   gap.  Again, we've highlighted that in yellow.  That's the

1    space between the contact supports.

2            Now let's bring up the longitudinal axis.  This is

3    item 21 in this figure.  It's actually drawn into the figure.

4    So this is where it is in the patent.

5            As you can see, it runs right through those contact

6    supports, those active parts.

7            The next thing let's pull up is the moving contact.

8    Now, here we see something different than what we saw before.

9    We see now the moving contact, which is going to move kind of

10   towards the lower left-hand side of the diagram.  It's at an

11   angle; and in fact if we draw our operating axis -- we'll

12   bring that up -- through the moving contact piece, you can

13   see that it's at an angle with the longitudinal axis.

14           I want to call out those angles in a moment, but

15   before I do, let's see this thing in motion and show you how

16   it actually closes the switch, pull some electricity through

17   it or at least some animated electricity, and then we'll get

18   back to the angles.  So let's do that.

19           So the first thing we'll do is we'll close the

20   switch.  You'll see that contact piece that's like a fork.

21   It goes right into the mating contact in the lower contact

22   support, and now we can bring electricity through the

23   switchgear, ultimately through the switch, and it flows

24   through just like we were seeing before, except for the

25   different configuration of this isolator of the invention.

1          Now, that's the basics of how this works; but, like

2     I said, there then is the matter of how do you describe this

3     invention and how do you claim this invention in a way so

4     that the public knows how to build one of these things and

5     make sure that you have all the right geometries in place?

6     And that's where this first angle and second angle comes into

7     play.  So let's talk about that for a moment.

8               If we can go, to the next slide.

9               We've brought back up the longitudinal axis and the

10    operating axis.  The first angle is going to be formed by an

11    angle between the operating axis and the longitudinal axis.

12    So let's bring that up.

13              We've identified that in pink.  That's the first

14    angle and we're going to see that in the specification again.

15    We'll call that back up in a moment.

16              Now, what about the second angle?  The second angle

17    is going to be formed by an axis of the surfaces of the

18    contact supports and longitudinal axis.  So in order to

19    illustrate that, let's first identify what are the surfaces

20    of the contact supports.  Let's pull those up.  Those are in

21    purple, right.

22              So these are these opposing surfaces -- that's how

23    it's described in the patent -- that are on either side of

24    the isolating gap, right?  And they have an axis also.

25              So let's call that axis up.  We've drawn that in

1    purple.  It's parallel with those opposing surfaces, and what

2    that axis does is it forms a second angle with the

3    longitudinal axis.  We've highlighted that in blue and that's

4    the second angle; and in fact in the patent, you can see in

5    this figure, we've also highlighted this in blue, they call

6    that angle "beta," and that's in the figure.

7              The first angle is actually identified as "alpha,"

8    and the specification is not demarcated that way in the

9    figure, but that's what the spec says.

10             All right.  So that's how the figure works.

11             Let's look at the spec -- let's go back to the

12   specification and cross-relate what we saw in the summary of

13   the invention, what we've learned now in this figure; and if

14   we can go back, we see that we have a novel isolator

15   configuration; and first we've got the longitudinal axis in

16   green and the operating axis in blue, which form a first

17   angle with one another, and that's that pink angle.

18             Then you've got an axis that -- well, let me

19   actually back up and say then you have the surfaces of the

20   two contact supports, which are bent through a second angle

21   with respect to the longitudinal axis, and that's that blue

22   angle, and that's how they're making sure that we have

23   everything in the right configuration.  That's how they've

24   done it, by defining these two angles.

25             Now, the last thing I would like to do is show how

1   all of this relates to the claims.  And sometimes in patents,

2   as Your Honor is aware, you have claims that use different

3   words than the applicants use in their specification and that

4   are used in the art.  In this case, we don't have that.  In

5   this case, the claims use the very same terms that are used

6   to describe in many ways the prior art and then certainly the

7   invention and the figures and so forth.

8            So I thought I'd just very briefly take a look at

9   the claim, because you can see there's kind of a nice mapping

10  between what we've learned so far and the claims.

11           So let's take a look at the independent claim.

12  It's claim one and it's an isolator for a metal-encapsulated,

13  gas-insulated, high-voltage switching installation.  Let's

14  just walk through these elements.

15           The first one is going to be these two contact

16  supports.  Now we're on slide 23, and we've shown those

17  already.  Those are items 38 and 39 in the specification.

18           Then we go to the next element.  It's an enclosure

19  having a longitudinal axis, and we've drawn in that

20  longitudinal axis again in the figure.  That's item 21.

21           The figure, by the way, is just an illustration,

22  of course.  It's just an embodiment.  It's not -- the

23  invention isn't limited to this, but I'm just using this as

24  an illustrative device, a demonstrative device to help

25  understand how the claim terms line up.

1          So we go to the next element.

2          Actually, if we go back to the last element,

3    there's one extra thing that I didn't mention before that I

4    think is kind of interesting.  It talks about the enclosure

5    being filled with insulating gas, and we've talked about how

6    one of the goals of this invention is to make the axial

7    extent smaller; and besides allowing you to fit these things

8    into smaller spaces, it actually allows the containers to be

9    smaller, and there's an extra advantage to that, because the

10   gas that you put in these things is very expensive.  So you

11   can, as a result, use less gas and they're cheaper to

12   operate.

13         Let's go on to the next element.  So here we've

14   highlighted we have two contact supports, each having a

15   surface, the surface of the first one and the surface of the

16   second one opposing each other.  So those are those purple

17   opposing surfaces, and those define a separation that forms

18   an isolating gap, right.  So we've got an isolating gap now

19   and these opposing surfaces.

20         Then we go to the next element.  Now we're going to

21   get into the moving contacts and the operating axis.  So we

22   have a contact arrangement, the contact arrangement being

23   movable along an operating axis -- we showed that before --

24   and being a connected state and a disconnected state, and the

25   contact arrangement electrically conductively shorting the

1  separation when the contact arrangement is in the connected

2  state.

3          So when you connect it up, that moving contact

4  comes down, you create a short-circuit, basically, through

5  from the left side to the right side.

6          Now we're going to get to the last two elements and

7  here's where we get to that first angle and the second angle.

8  So the second-to-the-last element is the longitudinal axis --

9  if we can bring that green axis back up -- and the operating

10  axis, that blue axis that's the direction of the moving

11  parts, and those form a first angle with one another.  We've

12  shown that in the figure.  So that's the first angle.

13          Lastly, we're going to get to the second angle, and

14  we see the opposing surfaces.  They extend parallel to one

15  another in a region of the isolating gap, and we've drawn in

16  this dotted axis that's referred to in the spec, but it shows

17  that that's the orientation of the -- that's the parallel

18  orientation of these opposing surfaces.

19          We see that they are bent through a second angle

20  that we have depicted in blue with respect to the

21  longitudinal axis.  Again, that's referred to in the patent

22  as "beta."

23          That's the independent claim; and at that point,

24  that would conclude my tutorial of the patent.  And I welcome

25  any questions Your Honor has and, if necessary, I might -- if

1   there's something that I might want to comment on or clarify,

2   in view of Mr. McCabe's presentation, I'll come back up and

3   do that.

4           THE COURT:  All right.  Well, thank you, Mr. Alper.

5   I think the best way to proceed is for me to hear from Mr.

6   McCabe, and I'll try to collect all of my questions and then

7   I'll give you both an opportunity to address any questions I

8   might have at the end.

9           MR. ALPER:  Great.  Thank you very much.

10          THE COURT:  Thank you for your help.

11          Mr. McCabe.

12          MR. McCABE:  Thank you, Your Honor.

13          Your Honor asked about other cases pending between

14  the parties.  There's no other case in the United States

15  between ABB and Hyundai Heavy related to switchgear.  I don't

16  know of any other cases, but I can speak as to switchgear.

17          THE COURT:  Okay.

18          MR. McCABE:  And as Mr. Alper said, there's a case

19  in Canada that relates to medium-voltage switchgear, which is

20  different; and the patent, while it's a Canadian patent,

21  claims different subject matter.

22          THE COURT:  Okay.

23          MR. McCABE:  Okay.

24          THE COURT:  And I didn't ask and neither of you

25  mentioned, but is there anything happening at the P.T.O.

1   presently with respect to the patent in suit?

2            MR. McCABE:  Not that I'm aware of.  The patent in

3   suit expires in less than two years.

4            THE COURT:  Okay.

5            MR. McCABE:  I'm not aware of anything at the

6   P.T.O.

7            MR. ALPER:  We're not either, Your Honor.

8            THE COURT:  Okay.  Thank you.

9            MR. McCABE:  Just by way of background, H.H.I.

10  builds switchgear, but it's also the world's largest ship

11  builder.  So it's a fairly large company based in South

12  Korea.  Down in the port of Ulsan is where they build a lot

13  of this equipment and other gear.  They build road trucks,

14  tractors and things like that.  So it's a big heavy-industry

15  company.  This is only one little slice of it.

16           The particular isolators that are at issue in this

17  case are just one type of many that Hyundai manufactures.

18  These happen to be the only ones that are sold in the United

19  States or have been sold in the United States.

20           So when we talk about the configurations, there are

21  other configurations that are used in other high-voltage

22  switchgear, but they're not at issue in this case.

23           THE COURT:  Okay.

24           MR. McCABE:  Now, I'm told that the Court was given

25  the CD and I'm told all this is hyperlinked.  So if you go

1    back and you want to find anything, if you'll click on the

2    page numbers, you should be able to just jump right to it,

3    because I know you're going to want to go back and look at

4    this many times.

5              THE COURT:  Many times.

6              MR. McCABE:  Many times.

7              THE COURT:  I'll probably take it home with me.

8              MR. McCABE:  Exactly.  Pop it in the DVD player.

9              As I was listening to Mr. Alper's presentation, I

10   was struck by how much overlap there will be with mine,

11   because I think a lot of -- there's a lot of agreement on how

12   the systems in general work.  I think when we get down to the

13   nitty-gritty of the particular embodiments and things like

14   that, that's where there will be divergence.  So a lot of

15   this is probably just going to be reinforcing some of what

16   Mr. Alper has already said.

17             To, start with, we also have a graphic just to show

18   power transmission coming from the power plant.  It's going

19   to be in a very high-voltage state, "high voltage" being from

20   about 70,000 volts, 70 kilovolts to around 800 kilovolts.  So

21   way too high to feed to a city or to feed to an end user.

22             So you bring that power to a substation, and in the

23   substation, you can transform between high voltages.  Maybe

24   you want to go from 800 to 500 and pass it on or you want to

25   go from high voltage to medium voltage and then pass it to

another substation that maybe is going to downgrade it to the
neighborhood to get ultimately to the consumers.

What the case is really about is what happens in
the substation and what happens with these isolators.
Basically, they are just breaks in the line.  So if you think
of the Frankenstein movie, when they're throwing the giant
switch, opening the switch is just breaking the current flow.

That's basically what all of these switches that we
talk about do.  They're not like a switch on a railroad
track, where it takes you from track A to track B.  This is
just a switch like your light switch, turning the power on or
turning the power off, giving a physical break; and because
they are such high voltage, there's a lot of considerations
that go into that.

Like Mr. Alper, we were able to find some pictures
of these systems, just to give the Court an idea of the scale
that we're talking about.

So, on the left, we have some outdoor substations;
and on the right, just some indoor substations.

So, within those substations, there's potentially a
transformer.  There will be circuit breakers.  There will be
isolators.  There will be grounding switches; and they're all
designed in certain ways so that the power can come in,
either be transformed, if it's a transformer substation, or
just switched from one -- there are switches that switch it

1    from one path to the other, but that's not the isolator

2    switches.

3              Okay.   Here, this graphic is just to describe the

4    basic features of a substation, you know, interconnecting

5    different transmission lines, distributing power; and the

6    three basic components are going to be the isolator, the

7    circuit breaker, and the grounding switches.   And if it's a

8    substation that transforms power, there will be included a

9    transformer, but a transformer is not critical.

10             This graphic here is just trying to illustrate

11   where do these pieces of equipment fall within the

12   substation.

13             So we have two isolators and kind of boxed around

14   it just to show that where the arrow is pointing, an

15   isolator; and underneath, a disconnector, because that's its

16   function.   The arrow is pointing to the physical part that

17   would be withdrawn to cause the break.   So those two would be

18   around the circuit breaker.   So the circuit breaker would be

19   in the middle.

20             If you need to do maintenance on the circuit

21   breaker, for example, if there was a problem and the circuit

22   breaker tripped and somebody needed to go in and physically

23   have contact with the circuit breaker, you would need to

24   isolate it, and that these isolator switches do exactly that.

25             As another sort of safety feature, there's

grounding switches as well.  So that if there was any surge

of power, it would go to the ground; and sometimes they'll be

referred to as "earthing switches."

They're more or less synonymous, not exactly the

same, if you ask the EEs; but for our purposes, they're

basically the same, earthing and grounding, for these

purposes.

THE COURT:  Okay.

MR. McCABE:  So what we want to do in the next

couple of slides is just talk about the components of the

gas-insulated isolator.  So what we've drawn here is a very

simplified kind of horizontal view.  It's very similar to

what you've already seen.

We have on the left the contact support.  Then we

have a contact.  Then we have some gearing assembly in blue

that can drive the yellow moving contact to the right and it

would then connect with the contact on the left and allow

power to flow through.

The purplish material is to illustrate the gas.

The gas acts to just suppress the arcing effect.  So, as I

understand it, there should be -- without the gas, there

should be no arcing; that the gap that's designed there, the

isolating gap, should be physically large enough that when

the rod is withdrawn, if there is an arc, it will be broken.

The gas just insures that if there's an unusual

1    situation where there's a power surge, the effective gap

2    appears bigger by having the gas in there; and the gas is

3    also used to quench any arc that's in there.

4                THE COURT:   Okay.

5                MR. McCABE:   The case is not really about the gas

6    or the properties of the gas.   It's really about the design

7    and the geometry factors.

8                THE COURT:   Okay.

9                MR. McCABE:   One of the things that we illustrate

10   here is in red, the shields.   So you'll see the two shields

11   that are there.   And Mr. Alper was talking about the

12   importance of the geometry and things like that.   The shields

13   play a very important role, as I understand it, in terms of

14   the geometry.

15               So what we've shown are very sharp edges for the

16   yellow moving contact and the brown contact on the other

17   side.

18               Now, when these systems are powered up, there's a

19   lot of current flowing through and, as a consequence,

20   electrodynamic forces, big magnetic fields that are created

21   as current flows through.

22               Predicting the shapes of those is very difficult if

23   you have sharp edges.   So the shields are inserted to --

24   they're conductive and so there would be power in the shield.

25   The power is not intended to flow through the shield, but

1   it's attached, the electrified portion, so that it would help

2   shape these electrodynamic forces and shape the magnetic

3   fields.

4           The result of that is when you withdraw the

5   contact, you get a better performance, because when they're

6   designing these, they can better predict what the arcing will

7   look like.

8           I bring up "shields" because this will be important

9   in terms of infringement and where are the difference

10  surfaces that are described in the claims, because the claims

11  are defining the gaps, as we'll see, as the space -- the

12  isolating gap as the space between the contact supports.

13          So what we show here is the isolating gap as the

14  distance between the two red shields, because that would be

15  the closest conductive parts in the system.  So if this

16  were -- if the yellow rod were pushed to the right and this

17  were powered up, we would have electrified the red parts.

18  Even though the current doesn't flow through the red parts,

19  it flows to them.  And as the rod is withdrawn, arcing could

20  happen from the shield to the rod as it's being withdrawn.

21          In this next drawing, it's the same drawing but

22  without the shields.  So, effectively, there would be

23  physically a larger isolating gap.  How it would perform

24  might be difficult to predict because of the shaping; but

25  physically, the gap would be bigger and it would be

 1    different.

 2              THE COURT:  And at some point someone will offer

 3    some explanation as to how these shapes impact the

 4    electrodynamic field and how that helps predict how the

 5    electricity is actually going to behave in these various

 6    configurations?

 7              MR. McCABE:  Sometime when we have the expert here.

 8              THE COURT:  Sure.

 9              MR. McCABE:  Yeah.

10              THE COURT:  Is the mechanism of the operation of

11    the rod of any significance, whether it's mechanically like

12    that or whether it's hydraulic in some sense?

13              MR. McCABE:  I don't think so.  My understanding

14    is that in this system, when we look -- let me back up a

15    second.

16              We look here and we have the circuit breaker, the

17    circuit breaker is the very fast-acting device.  So if

18    there's some type of fault, whether it's a power surge or

19    what have you, the circuit breaker trips.  The isolators can

20    be manually tripped.  They might be automatic also, but

21    they're not as fast-acting.  I think they move fairly

22    quickly, but they don't move on the millisecond level that a

23    circuit breaker would move.

24              THE COURT:  Okay.  I was just trying to figure out

25    whether or not any of that mechanism was at issue here.

1          MR. McCABE:  I don't think whether it's hydraulic

2     or not is going to be at issue.  What's going to be at issue

3     is how is it oriented.

4          THE COURT:  Okay.  Well, what I got from Mr.

5     Alper's presentation was that really what we were focusing on

6     was the configuration of the parts and angles and the

7     interrelationship between the angles and how that conforms or

8     doesn't conform with the elements in the patent.  So I'm just

9     trying to figure out whether there's anything else that maybe

10    either he didn't mention or I missed with respect to the

11    operation.

12         MR. McCABE:  I don't think so, but something may

13    come up as well.

14         THE COURT:  Okay.

15         MR. McCABE:  Just in terms of industry background,

16    we just have a short timeline here to give you an idea of the

17    history of these.

18         So, initially, they were air-insulated switchgear,

19    meaning that air was filling the gap.  So the physical space

20    will act as an isolator; and then later it was found that if

21    you put a gas in that space -- and if you want to do that,

22    obviously, you have to seal, encapsulate the switch.  The gas

23    gives a better performance.

24         Originally, we have in the '30s freon was used as

25    the gas; and then in the late '60s, sulfur hexafluoride was

1    used, started to be use as the gas.

2         Sulfur hexafluoride appears to be very much an

3    inert gas and it has tremendously favorable properties in

4    terms of stopping the arc, which is just the flow of

5    electrons.  It's very good at soaking those up and stopping

6    that type of flow.  So that's why that gas tends to be used

7    in a lot of these.

8         We have on here -- in 1985, we have a drawing there

9    of a Japanese patent which shows angled configuration,

10   contact supports and then the contacts being driven

11   vertically.  It's not highlighted, but just showing that

12   there's different configurations that were in the prior art;

13   and then the one that's shown there in 1993, I believe, is

14   the same one that Mr. Alper was illustrating earlier.  So

15   there were other configurations that were out there,

16   including angled-type configurations.

17        Just to give Your Honor an idea, there are a lot of

18   players in the market, some of the big ones being Siemens,

19   Toshiba, Hitachi, besides the parties that are here.  So it's

20   not just these two guys that are designing these products.

21   Lots of companies are out there and for lots of different

22   voltages.

23        One of the points we want to just make is in terms

24   of the products, they're basically -- they're not

25   custom-made, like a suit, but they're custom designed,

1   probably more like a car.  You go in and ask for certain

2   configurations.

3         So I would go in and put out a -- a company might

4   put out an RFP and say, "This is the situation that I have.

5   What type of switchgear would you recommend?"

6         And then the different parts between the circuit

7   breaker and the isolator switches and the transformers would

8   all be put together and fitted together for the customer.

9         THE COURT:  Or a build-to-suit type?

10        MR. McCABE:  Exactly.  So it's not like they're

11   sitting on the shelf and you just go and select one at the

12   hardware store.

13        THE COURT:  Right.

14        MR. McCABE:  And I think you got a flavor from that

15   from the scale of these from the various photographs.

16        What I would like to do is just spend a few minutes

17   going through different design configurations that are in

18   use.  So it's not just angled.  We have horizontal.  We have

19   vertical.  We have the angled, and then one that we have call

20   the rotating, and various -- these are kind of stylized and

21   idealized, but various embodiments of these are used by

22   different companies in different high-voltage applications.

23   So it's not all about I must use the angled or the bent in

24   order to fit into a small space.

25        So, in our world, electricity is a squiggly blue

1  line; and what we're just showing is when it's connected, the

2  electricity flow is just across the -- through the contact

3  support into the contact, into the moving contact, and to the

4  other side; and then when that's withdrawn, the flow stops.

5  I mean, they're pretty simple.  They're just physical

6  barriers that are created.

7  Then, in a similar vein, you could have the flow

8  coming in from the left and going out to the right again;

9  but, instead, we're showing that in this configuration, it's

10  a vertical-type driver.

11  Now, going to slide 17, we're showing one where the

12  contact supports are bent.  So just another design, and this

13  would be closer to what the patent is talking about, the

14  bending.  So you just simply have the driver moving it.

15  Then this one is a little bit different.  This is

16  the rotating design; and in this design, rather than sliding,

17  it's not moving along any type of axis.  It's just simply

18  rotating.

19  So we talk about the geometry, the axis, things

20  like that.  Not all of them are moving on a sliding axis.  So

21  some of these designs are in use.

22  We talk a little bit about the patent.  Some of

23  this, Mr. Alper has already covered.  So I don't think we

24  need to go back on it, but just pointing out that it expires

25  fairly soon.

1          The point I want to make on slide 21 is that when

2     we look at the claims, the claims are directed to a very

3     narrow embodiment that requires this particular geometry

4     that's called out in the claim.  What that geometry means is

5     probably what most of the fights will be about, but it's not

6     directed to the horizontal-type system.  It's not directed to

7     the vertical system.  It's a system where there's a bending,

8     and the term "bent" in the claims is going to be a very

9     important term for construction as to what exactly is bent.

10          Now, just coming to the patent figure, not

11    surprisingly, we did something similar.  We just went through

12    and highlighted the various elements of the claim.  So we

13    went through and highlighted the contact supports.

14          There's a little bit of perhaps disagreement here

15    as to what are the contact supports, what -- versus what are

16    the contacts.

17          So you can see in the lower contact support in

18    brown, we have left uncolored a portion there that's got kind

19    of the cross-hatching on it.  In our view, those are the

20    contacts that it mates with, and we view that as different

21    than the contact support per se.  So there's a little bit of

22    disagreement.

23          The longitudinal axis is called out in the patent

24    as that line.  So there's no dispute about what that is.

25          The opposing surfaces, likewise, there's a little

bit of disagreement in how we've highlighted our figures, and

I'll just call that out for the Court.  You'll see we have a

blue line and we've broken that line where the contacts are.

When we look at the claim, the claim says, backing

up just two lines above where it's highlighted in blue, a

surface of the second one of the contact supports opposing

each other to form opposing surfaces and defining a

separation.  So we've highlighted the part we think is the

contact support and not the contact.

Then we've lighted here in green the operating

axis.  I don't think there's any dispute in this situation

what the operating axis is and that it forms the first angle

with the longitudinal axis.

Then what we've highlighted here is the bent part

of the opposing surfaces.  So when we look at the last claim

element, it says the opposing surfaces extend parallel to one

another in a region of the isolating gap and are bent through

a second angle with respect to the longitudinal axis.

I'll just highlight that's where the bending, if

there's a dispute, is going to happen.  We think that the

contact support needs to be bent; and we've circled in

yellow, the yellow dashed lines there, the bent part.

We've put in, I think, as a claim construction term

the second angle, just because it got very confusing as to

exactly what that is.  It is an abstract principle.

1          Here, on the next slide, we're just trying to point

2     out the two angles, the first angle and the second angle, and

3     the bent part.

4          This one just shows, very similar to ABB's

5     presentation, just the flow of electricity and the part that

6     moves.  So, one thing about figure three, when I first looked

7     at it, there's a lot of parts that are labeled.

8          It's not exactly the easiest thing, if you're not

9     working in this area, to figure out what it's doing.  It's

10    kind of intimidating until somebody illustrates it for you.

11    So I hope it's clear after this as to how that figure works.

12         What I would like to do is just spend two or three

13    minutes just showing the claim, mapping the claim against the

14    horizontal embodiment just to show you the differences

15    between what they're claiming and the horizontal embodiment

16    as an example.

17         So, in this one -- you can withdraw the pin -- we

18    have the contact supports that we've done in brown there.  It

19    has a longitudinal axis.  It has opposing surfaces.  It has

20    an operating axis, but then we get to the real divergence and

21    that is that the longitudinal axis and the operating axis are

22    parallel.  So it doesn't form a first angle.

23         So we've seen a number of systems.  We have the

24    horizontal one that doesn't have a first angle.  If we went

25    back -- and we're not going to do it today, but if we had the

1   vertical one, we would see that the operating -- the opposing

2   surfaces are parallel to the operating axis -- or to the

3   longitudinal axis and it wouldn't meet the claim for those

4   reasons.

5          So the geometry that they've claimed is very

6   narrow; and because it's a fairly crowded field, how we

7   define that geometry and how we read it should be equally

8   narrow.

9          What we've done in the last part here is just --

10  what we've tried to do is take some of the terms and put kind

11  of a mini glossary here on some of the terms.  Again, I think

12  if you were to click through, you'd be able to find each one.

13         Some of the ones I think that are -- we've

14  covered -- substation, we don't need to cover.

15         One term that was kicked around is "dielectric."

16  It's kind of an unusual term.  It means that the material

17  really doesn't conduct electricity, but it's somewhat

18  different than an insulator, because at a certain voltage, it

19  can have a breakdown and allow electricity to flow.

20         So when Mr. Alper was talking about the arcing, for

21  example, when you have air as the material in between, it can

22  break down if you have a high enough voltage and the arc can

23  come across.

24         Other materials will do the same thing.  I think

25  even the sulfur hexafluoride at a high enough voltage, if the

1    gap is small enough, it'll break down and allow the material

2    to arc.  So we just put this in hopefully to be handy in

3    terms of the terms.

4            "Shield" was one that we called out earlier, and I

5    just want to point out that it's a housing or a screen that

6    does conduct electricity.  So that's going to help define

7    what that isolating gap is.

8            When we look, if we jump back for one second to the

9    -- I just want to go forward to two more definitions.

10           "Longitudinal axis," while there's a picture of it

11   in the patent and it sounds simple enough, it's kind of a

12   funny term in that when you try to look it up, I couldn't

13   find any definition of the term -- of the phrase

14   "longitudinal axis."

15           So what we've tried to do here is just put in a

16   definition of axis and longitudinal.  It seems like something

17   that would be fairly easy to figure out what it is; but as

18   you start to grind through it, it does have particular

19   meaning.  So we've listed it here, "longitudinal" being the

20   lengthwise and "axis" being a straight line about which a

21   body can be rotated.  And, similarly, "operating axis."

22           Could you jump back to the claim for me for one

23   second.

24           I just want to highlight in the claim where the

25   shield issue comes up.  So, in the third subparagraph, it

1  starts with the large one, the two contact supports being

2  arranged in the enclosure.  So that's the tan fixtures.  Each

3  of the contact supports having a surface, and we've

4  highlighted the surfaces in blue.

5          A surface of the first one of the contact supports

6  and a surface of the second one of the contact supports

7  opposing each other to form opposing surfaces -- so at some

8  point they're facing each other -- and defining a separation

9  that forms an isolating gap between the opposing surfaces.

10  So that's where the definition of "isolating gap" comes from

11  in the claim.

12          Ultimately, in the systems accused of infringement,

13  it doesn't have this design.  It doesn't look like this and

14  it has shields.  So it has contact supports, maybe contacts,

15  but they're protected with the shields.

16          So where is the isolating gap and how is the

17  isolating gap defined would be something that I'm sure will

18  be talked a lot about in Markman, to highlight why that's

19  relevant ultimately to the case.

20          THE COURT:  Okay.

21          MR. McCABE:  And that would bring me to the end.

22  If you have any questions --

23          THE COURT:  Let me ask you a question while you're

24  there, Mr. McCabe, about your last comment about the shields.

25  Tell me, at least without getting too much into the details

```
1    of the infringement claims, but tell me how your client's
2    system configuration is different such that it is not
3    infringing.  Just give me a laymen's description, in your
4    view --
5                MR. McCABE:  Okay.
6                THE COURT:  -- of why your client's device is not
7    infringing.
8                MR. McCABE:  Okay.  In terms of the device itself,
9    the contact support, which the claim requires be bent, is
10   just not bent.  The contacts are at an angle.  There is a
11   diagonal.  So power flows in from the left, but more like
12   perhaps the Japanese reference, it's angled, but the support
13   itself is not bent.
14               It's hard to explain that without a picture.  I
15   don't have the picture with me.
16               THE COURT:  I was hoping you might have one for me.
17               MR. McCABE:  We might be able to find one, if
18   you'll give us a minute.
19               THE COURT:  Okay.  I'll give you a minute to look.
20               While you're looking, let me go back to Mr. Alper
21   and see if anything that came up during Mr. McCabe's
22   presentation that you think would be helpful to either
23   clarify or point out to me that there's maybe some
24   disagreement about.
25               MR. ALPER:  Sure.  Just very briefly --
```

1          THE COURT:  I'm not inviting disagreement, but I

2     want to give you an opportunity to tell me about it, if it's

3     there.

4          MR. ALPER:  No.  Just very briefly, Your Honor.

5     Like Mr. McCabe said, I think there's a lot of overlap in the

6     two presentations.

7          I will mention that we saw a number of different

8     configurations of devices.  You know, Mr. McCabe represented

9     that the claims do apply to some but not others.  I think we

10    have to obviously analyze the device, in view of the claim

11    elements, in order to determine that.

12         What we do know and we seem to agree on is that

13    this prior art configuration is what the applicants were

14    distinguishing from when they were describing their

15    invention.  So that's the one that we know is not in the

16    claims.

17         One other thing that we -- that we -- that Mr.

18    McCabe touched on that is at least worth touching on now, and

19    we'll see this again when we get into the briefing, is Mr.

20    McCabe has that glossary of terms in the back, and most of

21    those terms are not disputed terms for claim construction,

22    but there's one that Mr. McCabe highlighted that is a

23    disputed term.  It's "longitudinal axis."

24         I'm not going to argue it right now.  I just wanted

25    to point out that Mr. McCabe was showing some dictionary

1    definitions.  And we've tried to stay away -- I think both

2    parties tried to stay away from the Markman arguments for

3    today's purposes, in accordance with your order, Your Honor's

4    order.

5          THE COURT:  Right.

6          MR. ALPER:  But Mr. McCabe showed some dictionary

7    definitions, and this will be -- maybe this is a good time to

8    take a step back and just, from our perspective, overview

9    sort of how many terms there are in dispute and just give you

10   a sense of where we're falling out on things.

11         So there are seven terms in dispute.  There's one

12   that we proposed.  The other six, Hyundai proposed.  And this

13   "longitudinal axis" term is the one that we proposed.

14         What Mr. McCabe -- it'll be interesting.  Once you

15   see the disputes, there's actually a reasonable amount of

16   overlap in some of the terms, and there will be a few pieces

17   of the terms that we're just in disagreement on after our

18   meet and confers.

19         With respect to this longitudinal axis -- do we

20   have control of this?

21         I'm just going to throw the document camera on for

22   a second, if I can do that.

23         Mr. McCabe showed some dictionary definitions for

24   "longitudinal axis," and that'll be an area of dispute for

25   us, because what we'll show Your Honor in the briefing is

1   that the patent actually goes to some great detail in

2   defining this term, "longitudinal axis."  And, like I said,

3   I'm not going to get into the argument, but just to show Your

4   Honor one example of what I'm talking about, if we zoom in

5   here. . .

6           THE COURT:  I think it's on the side.

7           MR. ALPER:  Here we go.  Got it.

8           This is in column three of the '179 patent.  This

9   is one example of where it tells us that the longitudinal

10  axis represents the center axis of the active parts.

11          I took some time to describe it in generic terms

12  because I didn't want to get into claims construction too

13  much during my presentation, but it's no accident that I was

14  drawing that green arrow through those active parts, because

15  that's precisely what the patent tells us is the longitudinal

16  axis.

17          What's important about that is I think kind of a

18  general thing that you'll see, a difference between the

19  parties when you look at the briefing.

20          What you'll see when it comes to our approach,

21  we're tied to what the patent says, because it's actually --

22  like I said, the claims use the words that are in the

23  specification and it's very clear what they're talking about.

24          What we have stayed away from is dictionary

25  definitions and other extrinsic sources, extrinsic words,

 1   that sort of thing, because everything is really laid out for

 2   us right here in this spec.  I'm just going to leave it at

 3   that, but I wanted to point that out.

 4              THE COURT:  Okay.

 5              Give me a little overview of the history of these

 6   products in terms of how long have ABB and Hyundai sort of

 7   been aware of one another?  How long have you all been aware

 8   that there was at least healthy competition, if not patent

 9   infringement, with respect to your various devices before

10   this lawsuit was filed?

11              MR. ALPER:  Yes, Your Honor.  I believe -- and I

12   will have to double-check on the exact date, but it's in the

13   order of a couple to a few years that ABB has been aware of

14   the infringement.

15              ABB, as I think we were all saying, is a long-time

16   participant in this market.  Hyundai is a relative newcomer,

17   at least in the markets that ABB is in.

18              THE COURT:  Okay.

19              This is a better question for Mr. McCabe, but what

20   about invalidity?  Is there going to be a claim of invalidity

21   and, if so, what do you anticipate that's going to look like?

22   Is it going to be predicated on obviousness or anticipation

23   or prior art?

24              MR. McCABE:  Yes, Your Honor.

25              THE COURT:  Yes?

1          MR. McCABE:  Yes to all, yes.  Let me get you a few

2   drawings, if that's. . .

3          THE COURT:  Okay.

4          MR. ALPER:  That's all I had, Your Honor.

5          THE COURT:  Thank you, Mr. Alper.

6          MR. McCABE:  So this is the figure that we looked

7   at from the patent.  So what we have are contact support,

8   contact support, and then the operating axis driving at right

9   angles through, but we have it bent at this point and bent at

10  this point.

11         I have another drawing and this is kind of a

12  stylized drawing of Hyundai's product, which I think

13  actually -- I don't know if ABB drew this or where it came

14  from.

15         We're working through the mediation process and

16  going back and forth with some drawings, but this is at a

17  very high level what the H.H.I. product looks like.

18         So the current flow, being consistent, coming in

19  from the left, would come up through here, and when the pin

20  is in place, flow down and then out through here; but this

21  part that they have shown in red, I'm afraid to put myself in

22  a spot and say, yes, that's the contact support, but that

23  would be where the contact support would be.

24         The moving contact would be moving through it here,

25  but it's a separate element from this piece here.  There's no

1   bending.

2          So when you get into the engineering drawings to

3   see what's behind the red shaded area, you'll see that

4   there's no bending of the contact support.  That's where the

5   bending becomes important.

6          As you get into it, it's not shown here, but there

7   is shielding.  So, at the engineering level, there's a lot

8   more detail.  This is based on a catalog.

9          THE COURT:  That's helpful.  It helps me understand

10   better the nature of the dispute.

11          MR. McCABE:  Okay.

12          THE COURT:  It's helpful.

13          Well, that was beneficial for me.  I appreciate the

14   exercise.

15          Let me, while I have you here, just get an update

16   on how things are progressing with respect to your discovery

17   initiatives.  I seem to recall from our preliminary status

18   conference that there was anticipation perhaps of some

19   discovery issues because of the South Korean folks and, I

20   guess, the inventors are Swiss.  Is that right?

21          MR. McCABE:  Correct.  We really haven't had any

22   issues in that department yet.

23          THE COURT:  Okay.

24          MR. McCABE:  I'm not anticipating any.  What's

25   happened is, according to Your Honor's schedule, we had a

1    mediation in -- was it May?

2              MR. CHERNY:  I think so.

3              MR. McCABE:  -- I think it was May, and from that,

4    we had some homework to do and we're in the process of doing

5    the homework; and the drawing I showed you was part of doing

6    the homework, trying to narrow the issues.

7              THE COURT:  Are you planning on reconvening the

8    mediation or just doing that informally?  Are you going to

9    have a formal reconvening?

10             MR. CHERNY:  Steve Cherny from Kirkland on behalf

11   of ABB.

12             THE COURT:  Yes, sir.

13             MR. CHERNY:  We got to a point -- not the issue

14   that you raised regarding the location of witnesses, where

15   there was a potential motion to compel.  We then had the

16   mediation.  The mediation is in some sense ongoing because

17   we've kind of entered into a process where we're trying to

18   resolve things, and so it's part of trying to see if we can

19   resolve things.

20             We have kind of put aside for the moment the motion

21   to compel to see if we can work things out, but I just

22   wanted, given the question you asked, to give you a little

23   bit of a heads-up there may be a motion to compel down the

24   road; but at this point we're focusing on the process to see

25   if we can make the mediation work.

1          THE COURT:  Good.

2          All right.  Is there anything that I can do that

3   would be helpful, since I have you all here?  Is there

4   anything that's pending out there that you think would be

5   helpful to talk to me about?

6          MR. McCABE:  Not from defendants, Your Honor.

7          MR. CHERNY:  Not from plaintiffs either.

8          THE COURT:  Great.  Well, I applaud your efforts to

9   continue to work cooperatively.  I encourage you to continue

10  to pursue that, and I appreciate the education and I'll look

11  at these further.

12          I have read the patent, but, obviously, reading the

13  patent in abstract, without having some technical

14  explanation, is difficult, even for the technically trained;

15  and certainly for those of us who have no technical training,

16  it's challenging.

17          So I appreciate your presentations.  It's very

18  helpful, and I look forward to seeing you when we next meet.

19  Thank you.

20          We'll be in recess.

21          (Proceedings terminated at 2:46 p.m.)

22              - - - - - - - -
                 Reporter's Certification
23  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
24                         s/Diane Peede, RMR, CRR
                           Official Court Reporter
25                         United States District Court
    Date:  July 10, 2013     Middle District of Florida